Cynthia L. Alexander, Esq.
Nevada Bar No. 6718
Snell & Wilmer L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV  89169
Telephone: (702) 784-5200
Facsimile:  (702) 784-5252
Email: calexander@swlaw.com

*Attorneys for Defendants MERS and Flagstar Bank, FSB*

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| REBECCA N. BALLESTEROS,<br><br>    Plaintiff,<br><br>v.<br><br>"MERS," MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., FLAGSTAR BANK, PLM LENDERS SERVICES, INC. and DOES I-X inclusive,<br><br>    Defendants. | CASE NO.  2:13-cv-01598-JCM-CWH<br><br>**STIPULATION AND ORDER TO DISMISS CASE WITH PREJUDICE AND RELEASE LIS PENDENS** |

PURSUANT TO Fed. R. Civ. P. 41(a), IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Rebecca N. Ballesteros, appearing *pro se*, ("Plaintiff"), Defendants, Mortgage Electronic Registration Systems, Inc. ("MERS"), incorrectly named herein as MERS, and Flagstar Bank, FSB ("Flagstar"), through their counsel, Cynthia L. Alexander, Esq. of Snell and Wilmer L.L.P., and Defendant PLM Lenders Services, Inc. ("PLM"), through its counsel, Christopher L. Benner, Esq., that the above-captioned case, all claims and causes between Plaintiff and Defendants set forth in the pleadings be dismissed with prejudice, with each party to bear their own attorneys' fees and costs.

/ / /

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 HOWARD HUGHES PARKWAY, SUITE 1100
LAS VEGAS, NEVADA 89169
(702)784-5200

- 1 -

18816080

IT IS FURTHER STIPULATED AND AGREED that the Notice of Pendency of Action recorded by Plaintiff against the real property described as 7687 Almond Blossom Court, Las Vegas, Nevada 89113, APN 163-34-211-018 as book and instrument number 20130807-0002702 in the Office of the Recorder, Clark County, Nevada shall be released.  Any party may record this Order in the Clark County Recorder's Office upon entry.

Trial is currently not set in this matter.

DATED this 25 day of February, 2014          DATED this 26 day of February, 2014

                                             SNELL & WILMER L.L.P.

_____             _____
Rebecca N. Ballesteros                       Cynthia L. Alexander, Esq. (Bar No. 6718)
6142 W. Sahara Ave.                          3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89146                          Las Vegas, NV 89169
408.375.8740                                 (702) 784-5200
*Pro Se Plaintiff*                           *Attorneys for Defendants MERS and Flagstar Bank, FSB*

DATED this 25th day of February, 2014

WRIGHT, FINLAY & ZAK LLP

_____
Dana Jonathon Nitz, Esq.
 Nevada Bar No. 50
Christopher L. Benner, Esq.
Nevada Bar No. 8963
5532 South Fort Apache Road, Suite 110
Las Vegas, NV 89148
702.475.7964
*Attorneys for Defendant, PLM Lender Services, Inc.*

**ORDER**

**IT IS SO ORDERED.**

DATED March 3, 2014.                         _____
                                             UNITED STATES DISTRICT JUDGE

- 2 -

18816080

1    IT IS FURTHER STIPULATED AND AGREED that the Notice of Pendency of Action

2    recorded by Plaintiff against the real property described as 7687 Almond Blossom Court, Las

3    Vegas, Nevada 89113, APN 163-34-211-018 as book and instrument number 20130807-0002702

4    in the Office of the Recorder, Clark County, Nevada shall be released.  Any party may record this

5    Order in the Clark County Recorder's Office upon entry.

6        Trial is currently not set in this matter.

7    DATED this ___ day of February, 2014          DATED this 26th day of February, 2014

8                                                  SNELL & WILMER L.L.P.

9

10   _____            _____
     Rebecca N. Ballesteros                       Cynthia L. Alexander, Esq. (Bar No. 6718)

11   6142 W. Sahara Ave.                          3883 Howard Hughes Parkway, Suite 1100
     Las Vegas, NV 89146                          Las Vegas, NV 89169

12   408.375.8740                                 (702) 784-5200
     *Pro Se Plaintiff*                           *Attorneys for Defendants MERS and Flagstar*

13                                                *Bank, FSB*

14   DATED this 25th day of February, 2014

15   WRIGHT, FINLAY & ZAK LLP

16   /s/Christopher L. Benner

17   Dana Jonathon Nitz, Esq.
      Nevada Bar No. 50

18   Christopher L. Benner, Esq.
     Nevada Bar No. 8963

19   5532 South Fort Apache Road, Suite 110
     Las Vegas, NV 89148

20   702.475.7964
     *Attorneys for Defendant, PLM Lender*

21   *Services, Inc.*

22

23                            **ORDER**

24        **IT IS SO ORDERED.**

25

26   DATED this ___ day of _____, 2014.   _____
                                                 UNITED STATES DISTRICT JUDGE

27

28

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 HOWARD HUGHES PARKWAY, SUITE 1100
LAS VEGAS, NEVADA 89169
(702)784-5200

- 2 -

18816080